UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In re
Kenta Hawkins

Chapter 13
Case No. 16-44278
Hon. Walter Shapero

**Debtor,**
_____/

## MOTION TO EXTEND THE AUTOMATIC STAY

**NOW COMES** Debtor, Kenta Hawkins, by and through counsel, KOSTOPOULOS & ASSOCIATES PLLC, and for this Motion to Extend the Automatic Stay, states as follows:

1. Debtor filed a petition pursuant to Chapter 13 of Title 11 on March 23, 2016, Case No. 16-44278.

2. Debtor filed a previous Chapter 13 Bankruptcy on May 26, 2015, Case No. 15-48158.

3. The case was voluntarily dismissed post-confirmation on February 2, 2016

4. During the prior Chapter 13 case the engine on debtor's car went out and it cost $4,000 to fix and debtor was unable to make the car payments, the plan payments and pay for the repairs. She became overwhelmed and voluntarily dismissed her case.

5. Debtor has since managed to get the car repaired and she is seeking to make the car payments through this Chapter 13 Plan in addition to addressing her other debts.

6. Pursuant to 11 U.S.C. §362 (c)(3)(B) and 11 U.S.C. §362 (c)(a), the Automatic Stay, with regard to Debtor's primary residence and as to all other creditors shall terminate on the thirtieth (30th) day following the filing of the most recent petition.

7. Pursuant to 11 U.S.C.§362 (c)(3)(B) and L.B.R. 4001-6 (E.D.M.), Debtor may move to extend the stay. Debtor seeks to pay for her vehicle, income tax debts and address all other unsecured debt through the Chapter 13 Plan.

8. Debtor's current case has been filed in good faith. Debtor has the income to fund the Chapter 13 Plan.

9. That Debtor thoroughly understands her responsibilities under a Chapter 13 Plan, and fully realizes the consequences of not attending hearings and the importance of making all her plan payments on time.

**WHEREFORE,** Debtor, Kenta Hawkins, respectfully requests this Honorable Court to continue the Automatic Stay as provided by 11 U.S.C. §362, until such time as the current case is dismissed or a discharge is granted.

Dated: April 14, 2016                                        /s/ LaToya Larkin
                                                             KOSTOPOULOS & ASSOCIATES PLLC
                                                             LaToya Larkin (P71569)
                                                             31201 Chicago Road South, Suite C-102
                                                             Warren, MI 48093
                                                             (586) 574-0916
                                                             law@kostopouloslawyers.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In re
**Kenta Hawkins**                                      Chapter 13
                                                       Case No. 16-44278
                                                       Hon. Walter Shapero
                    **Debtor,**
_____/

**ORDER TO EXTEND THE AUTOMATIC STAY**

This matter having come before this Honorable Court on the Motion of the Debtor, Kenta Hawkins, to extend the Automatic Stay, and the Court being fully advised in the premises:

IT IS HEREBY ORDERED that the Automatic Stay is extended pursuant to 11 U.S.C. §362, and will continue in effect until otherwise ordered.

Exhibit 1