UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

IN RE:                                                   Case No. 16-44278
                                                          Chapter 13
                                                          Hon. M. OXHOLM

  KENTA DIANA HAWKINS
                                      Debtor.
_____/
TAMARA A. WHITE (P57276)
Attorney for Creditor
bankruptcy@holzmanlaw.com
28366 Franklin Road
Southfield, MI 48034
248/352-4340

A. RITA KOSTOPOULOS (P63178)
Attorney for Debtor
lawfirmoffices@yahoo.com
31201 Chicago Road South, Ste C-102
Warren, MI 48093
586/574-0916
_____/

## ORDER VACATING AUTOMATIC STAY

     THIS MATTER has been brought before the Court upon the stipulation and agreement of the parties herein regarding Creditor, VIBE CREDIT UNION's validly secured and perfected interest in Debtor's 2010 Cadillac SRX, VIN: 3GYFNBEY7AS540293, motor vehicle. And the Court having otherwise been duly advised, enters this Order.

     IT IS HEREBY ORDERED that the automatic stay is lifted as to Vibe Credit Union to allow the Creditor to repossess Debtor's 2010 Cadillac SRX, VIN: 3GYFNBEY7AS540293, motor vehicle, and to foreclose its security interest.

IT IS FURTHER ORDERED that upon liquidation of the subject vehicle, should a deficiency balance result, the Creditor may file an amended Proof of Claim in said amount to be paid as Class 5.1 claim with 8% interest.

**Signed on September 22, 2017**



/s/ Maria L. Oxholm

**Maria L. Oxholm**
**United States Bankruptcy Judge**